IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| VERNON KING, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:09-CV-972 |
| RICH N. STEVEN, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Vernon King, Jr., a prisoner currently confined at the Estelle Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends denying plaintiff's motions for injunctive relief.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

### **ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motion for an extension of time to

---

[1] Plaintiff requested an extension of time to file objections to the report and recommendation, but he did not state any grounds for an extension nor indicate how much additional time he wanted.

file objections (document no. 63) is **DENIED**.  Plaintiff's motions for injunctive relief (document nos. 34, 40, 42, and 57) are **DENIED**.

**SIGNED** this the 21 day of **September, 2011.**

_____
Thad Heartfield
United States District Judge