IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

VERNON KING, JR.                    §

VS.                                 §          CIVIL ACTION NO. 1:09-CV-972

STEVEN N. RICH, ET AL.              §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Vernon King, Jr., a prisoner currently confined at the Estelle Unit of the Texas

Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil

rights complaint pursuant to 42 U.S.C. § 1983 against Steven N. Rich, Brenda A. Chaney, Sharon

D. Allen, Gene A. Kroll, Cordie A. Thomas, Jr., and Keith F. Gorsuch.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States

Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of

this court. The magistrate judge has submitted two Reports and Recommendations of United States

Magistrate Judge. First, the magistrate judge recommends dismissing the claims against defendants

Chaney, Thomas, and Gorsuch pursuant to Federal Rule of Civil Procedure 41(a)(2). In the second

Report and Recommendation, the magistrate judge recommends dismissing the claims against the

remaining defendants pursuant to 28 U.S.C. § 1915(e).

The court has received and considered the Reports and Recommendations of United States

Magistrate Judge, along with the record, pleadings, and all available evidence. No objections to the

Reports and Recommendations of United States Magistrate Judge were filed by the parties.

**<u>ORDER</u>**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the reports of the magistrate judge are **ADOPTED**.  A final judgment will be entered in accordance with the magistrate judge's recommendations.

**SIGNED** this the 28 day of **February, 2013.**

Thad Heartfield
United States District Judge